# U.S. Bankruptcy Court
# Western District of Texas

In re:

                                                                      Case No. **15–52159–cag**

                                                                      Chapter No. **7**

**JM OILFIELD SERVICE, INC.**
Debtor

                                                                      Adv. Proc. No. **17–05071–cag**

**JOSE RODRIGUEZ**
Plaintiff
v.
**CTI METAL BUILDINGS, INC.**
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

> **Address of Clerk**
>
>     **Clerk, U.S. Bankruptcy Court**
>     **Western District of Texas**
>     **615 E. Houston St, Rm 597**
>     **San Antonio, TX 78205**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> **Name and Address of Plaintiff's Attorney**
>
>     **Elliott S. Cappuccio**
>     **Pulman Cappuccio Pullen Benson & Jones**
>     **2161 NW Military Hwy, Suite 400**
>     **San Antonio, TX 78213**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**08/29/2017**



**Yvette M. Taylor, Clerk Of Court**