# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# San Antonio Division

Bankruptcy Case No.: 15−52159−cag

Chapter No.: 7

IN RE: **JM Oilfield Service, Inc.** , Debtor(s)

Adversary Proceeding No.: 17−05071−cag

Judge: Craig A. Gargotta

**Jose Rodriguez**
Plaintiff

v.

**CTI Metal Buildings, Inc.**
Defendant

## ORDER TO PERFECT SERVICE

It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

CTI Metal Buildings, Inc.

Failure to do so will result in dismissal for want of prosecution.

Dated: 10/4/17

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Perfect Service Order (AP)]** [OpsAPap]