# CERTIFICATE OF SERVICE

I, **Thomas Rice** (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **September 6, 2017** (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

CTI Metal Buildings, Inc.
c/o Reg Agent Richard Arlin Green, Sr.
501 St. James St.
Gonzales, Texas 78629

AND

CTI Metal Buildings, Inc.
c/o Pres/Dir Richard Arlin Green, Sr.
611 Saint Peter St.
Gonzales, Texas 78629

ith defendant or

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

10/04/17
Date

_____
Signature

Print Name: **Thomas Rice**
**Pulman Cappuccio et al.**
Business Add: **2161 NW Military Hwy., Suite 400**
**San Antonio, TX 78213**

City

# U.S. Bankruptcy Court
## Western District of Texas

In re:

Case No. **15–52159–cag**

Chapter No. **7**

**JM OILFIELD SERVICE, INC.**
Debtor

Adv. Proc. No. **17–05071–cag**

**JOSE RODRIGUEZ**
Plaintiff

v.

**CTI METAL BUILDINGS, INC.**
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Western District of Texas
615 E. Houston St, Rm 597
San Antonio, TX 78205

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Elliott S. Cappuccio
Pulman Cappuccio Pullen Benson & Jones
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**08/29/2017**



Yvette M. Taylor, Clerk Of Court